IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HUMBERTO LAGAR,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

14-cv-36-wmc

v.

LIZZIE A. TEGELS, S. BARTON and,
EILENE MILLER,

        Defendants.

        This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

        (1) denying plaintiff Humberto Lagar's motion for preliminary injunction; and

        (2) granting Lizzie A. Tegels, S. Barton and Eilene Miller's motion for summary judgment and dismissing this case.

| /s/ | 11/29/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |